SMG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INFORMATION   20-CR-143

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: Philadelphia          County: Philadelphia

City and State of Defendant: Mansfield, Texas

County: Tarrant                    Register number: N/A

Place of accident, incident, or transaction:    Eastern District of Pennsylvania

Post Office: EDPA                  County: EDPA

RELATED CASE, IF ANY:
Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO: NO

Case Number: N/A                   Judge: N/A

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ○ Antitrust
2. ○ Income Tax and other Tax Prosecutions
3. ○ Commercial Mail Fraud
4. ○ Controlled Substances
5. ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ● General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)
18 U.S.C. § 1341 (mail fraud – 8 counts)
18 U.S.C. §§ 1341, 3559(g) (mail fraud – 1 count)
26 U.S.C. § 7206(1) (filing a false tax return – 2 counts)
Notice of forfeiture

DATE: March 20, 2020

_for_ Michael S. Lowe
Assistant United States Attorney

File No. 2018R00258
U.S. v. JEREL ANDRE WILLIAMS