# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.  <u>2:20CR00143</u> |
| | : | |
| JEREL ANDRE WILLIAMS | : | |
| NOT IN CUSTODY | : | August 24, 2020 |

## <u>NOTICE STRIKING ARRAIGNMENT & PLEA HEARING</u>

**TAKE NOTICE** that **ARRAIGNMENT AND PLEA HEARING** in the above case set for **TUESDAY, AUGUST 25, 2020** at **<u>1:30 P.M.</u>** before Judge John M. Gallagher has been **<u>STRICKEN</u>**.

/s/Christine C. Stein
Deputy Clerk to Judge Gallagher
(610) 391-7012

[  ]   INTERPRETER REQUIRED - NO
[  ]   THIS PROCEEDING HAS BEEN RESCHEDULED FROM:

Served on      Michael S. Lowe, AUSA
               Tamika McKoy, Esq.
               Jerel Andre Williams, Defendant
               U.S. Marshal
               Probation Office
               Pretrial Services
               Crystal Wardlaw