IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 2:20-cr-00143-JMG |
| : | |
| JEREL ANDRE WILLIAMS : | |
|          Defendant. : | |

**ORDER**

**AND NOW,** this 30th day of June, 2021, after consideration of Defendant Jerel Andre Williams' ("Williams") Motion for a Bill of Particulars (ECF No. 20), Motion to Compel Production of *Brady* Materials (ECF No. 21), Motion to Compel Production of Grand Jury Instructions (ECF No. 22), and the Government's Responses thereto (ECF Nos. 23–25), it is hereby **ORDERED** as follows:

1. Williams' Motion for a Bill of Particulars (ECF No. 20) is **DENIED**.

2. Williams' Motion to Compel Production of *Brady* Materials (ECF No. 21) is **GRANTED in part** and **DENIED in part**. The United States is obligated, pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), subsequent cases, and Federal Rule of Criminal Procedure 5(f)(1), to timely disclose information favorable to the defense as to criminal liability on the charged offenses or mitigation of any punishment that may be imposed. Such favorable information includes information that may cast doubt on the credibility of government witnesses. Possible consequences for violating this order include

exclusion of evidence, dismissal of charges, contempt proceedings, disciplinary referral, and any other relief authorized by law.

3. Williams' Motion to Compel Production of Grand Jury Instructions (ECF No. 22) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge