# EXHIBIT A

**CJA 23**
**(Rev. 11/11)**

# FINANCIAL AFFIDAVIT

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify below)*

IN THE CASE OF

USA v. Jerel A. Williams

FOR

AT

| LOCATION NUMBER |
|---|
|  |

PERSON REPRESENTED *(Show your full name)*

Jerel Williams

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)*

| DOCKET NUMBERS |
|---|
| Magistrate Judge |
| District Court |
| 2:20-cr-00143-JMG |
| Court of Appeals |

CHARGE/OFFENSE *(describe if applicable & check box →)*   ☒ Felony   ☐ Misdemeanor

mail Fraud
Filing False Tax return

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**

Are you now employed?   ☐ Yes   ☒ No   ☒ Self-Employed

Name and address of employer:

IF YES, how much do you earn per month? $ — Ø

IF NO, give month and year of last employment? ___
How much did you earn per month? $ ___

If married, is your spouse employed?   ☒ Yes   ☐ No

IF YES, how much does your spouse earn per month? $ 4,900-

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ ___

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☒ No

IF YES, give the amount received and identify the sources

RECEIVED $ ___   $ ___   $ ___
SOURCES ___

**CASH**

Do you have any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No   IF YES, total amount? $ 80-

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☒ No

IF YES, give value and description for each

VALUE $ ___   $ ___   $ ___   $ ___
DESCRIPTION ___

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ Single
☒ Married
☐ Widowed
☐ Separated or Divorced

Total No. of Dependents: 3

List persons you actually support and your relationship to them
Naylon Williams
Jerel Williams Jr  Father
Naiya Proctor

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Car loan | $ 8,000 | $ 340 |
| Credit cards | $ 50,000 | $ 2,000 |
| IRS | $ 37,000 | $ 700 |
| Car ins | $ | $ 370 |
| Cell Phone | | 100 |
| utilities | | 270 |

I certify under penalty of perjury that the foregoing is true and correct.

*(signature)*

SIGNATURE OF DEFENDANT
*(OR PERSON REPRESENTED)*

Date: 7-22-21