IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 20-143 |
| | : | |
| JEREL ANDRE WILLIAMS | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

Respectfully submitted,

*/s/ Angela Halim*
ANGELA HALIM
Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

I, Angela Halim, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, Federal Court Division Defender Association of Philadelphia, hereby certify that I have electronically filed and served a copy of the attached Entry of Appearance via electronic notification upon Michael S. Lowe, Assistant United States Attorney, office located at Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania, 19106.

/s/ Angela Halim
ANGELA HALIM
Assistant Federal Defender

DATE:     August 4, 2021